IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN GAMMINO,
         Plaintiff,

v.

SBC COMMUNICATIONS, INC., et al.
         Defendants.

Civil Action No. 03-6686

**ORDER**

March 25, 2010                                                                                   Pollak, J.

For reasons stated in the accompanying memorandum, defendant's motion to vacate (docket no. 62) and amended motion to vacate (docket no. 64) are DENIED.

                                                         BY THE COURT:

                                                         <u>/s/ Louis H. Pollak</u>
                                                         Pollak, J.